FILED

01/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0398

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0398

_____

ZACHARY R.E. RUSK,

      Petitioner and Appellant,

  v.

THOMAS ROSEEN, CINDY ROSEEN, and
SHAWN ROSEEN,

      Respondents and Appellees.

_____

ORDER

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Zachary Rusk, to all counsel of record, and to the Honorable Rienne McElyea, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 5 2022